IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GARY B. REED A/K/A
DAVID JAMES PHILLIPS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D15-2895

v.

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed October 20, 2015.

An appeal from an order of the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

Gary B. Reed a/k/a David James Phillips, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Charles R. McCoy, Senior Assistant
Attorney General, Tallahassee, for Appellee.

PER CURIAM.

DISMISSED. Hall v. State, 117 So. 3d 478 (Fla. 1st DCA 2013).

WOLF, WETHERELL, and MARSTILLER, JJ., CONCUR.